**FILED**

JUL 31 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fredrick Jack<br>1441 Euclid Street NW<br>Apt. 204<br>Washington, DC 20008<br>Petitioner,<br><br>v.<br><br>District of Columbia Bar Association<br>1101 K Street NW, Suite 200<br>Washington, DC 20005<br>Respondent, | Case: 1:14-mc-00785<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 7/31/2014<br>Description: Miscellaneous<br><br>**FRCP 27(c) VERIFIED PETITION FOR DISCOVERY** |

NOW COMES the Petitioner, Fredrick Jack, by and through counsel, and for its Petition pursuant to F.R.C.P. 27(a)(c) for perpetuation of testimony of Fredrick Jack, states as follows:

1. This is a petition under F.R.C.P. 27 to take the deposition of Fredrick Jack concerning information relevant to the wrongful termination and discrimination of Petitioner. F.R.C.P. 27(a) reads as follows: "Petition: A person who wants to perpetuate testimony about any matter cognizable in a United States court may file a verified petition in the district court for the district where any expected adverse party resides. The petition must ask for an order authorizing the petitioner to depose the named persons in order to perpetuate their testimony. F.R.C.P. 27(c) states as follows: "Perpetuation by an Action. This rule does not limit a court's power to entertain an action to perpetuate testimony."

RECEIVED

JUL 31 2014

Clerk, U.S. District and
Bankruptcy Courts





## PARTIES

2. Petitioner is Fredrick Jack, a former employee of the District of Columbia Bar Association.

3. Respondent, District of Columbia Bar Association is a collective agency of lawyers that authorizes the practice of law in the District of Columbia.

## JURISDICTION AND VENUE

4. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. 1331, as it arises under The Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, and the Family Medical Leave Act (FMLA).

5. Venue is proper in the District of Columbia, as Respondent is headquartered within the district, and Petitioner resides within the district.

## BACKGROUND

6. Fredrick Jack (hereafter Mr. Jack) was employed by the District of Columbia Bar Association for fourteen years prior to being wrongfully terminated.

7. Mr. Jack has been diagnosed with stage four Parotid Gland Cancer, and has been fighting this illness for over 10 years.

8. Mr. Jack requested short-term disability on June 3rd, 2013 and was terminated from his position with the D.C. Bar Association just two days after.

9. Following his termination, Mr. Jack's insurance was cancelled and medical treatment suffered due to lack of comparable coverage.

10. Mr. Jack's condition has worsened, and has become too weak to continue with his chemotherapy treatment.

11. As Mr. Jack's health is declining it is imperative that we place his testimony on record for use in the forthcoming complaint in the event of an untimely death.

WHEREFORE, Petitioner hereby requests this court exercise its authority in authorizing the deposition of Fredrick Jack prior to filing suit in the interest of justice, and preventing the loss of vital testimony.

Respectfully Submitted,

_____
Clarissa Thomas #434607
The Law Office of C. Thomas, Chartered
2402 L'Enfant Square SE
Washington, DC 20020
Telephone: 202-546-0638
Fax: 202-543-2623
ctedwards@lawofficecthomas.com
Attorney for Petitioner

## VERIFICATION

I, Clarissa Thomas, verify under the pains and penalties of perjury that I am duly authorized representative of Fredrick Jack, that I am personally aware of the facts


### THE WASHINGTON HOME & COMMUNITY HOSPICES

July 24, 2014

Re: Frederick Jack

To Whom It May Concern:

This is to confirm that Frederick Jack (DOB 6/9/56) is terminally ill, under the care of hospice with the diagnosis of Parotid cancer with mets to lung, brain and spinal cord. He has been under the care of Community Hospice since 3/15/2014 and it is anticipated he will remain on hospice care until the end of his life. Please let me know if you have any further questions or if I can be of further assistance.

Sincerely,

*Mary McDonald, MD*

Mary McDonald, MD

Medical Director, Community Hospice

3720 Upton Street NW

Washington, DC 20016


CC: Pt's chart, Joseph's House ((fax: 202-234-8195)

3720 Upton Street NW, Washington, DC 20016 | 202-966-3720
Maryland Hospice Office 4011 Powder Mill Road, Suite 600, Calverton, MD 20705 | 301-560-6000
www.thewashingtonhome.org

regarding this matter, and that the facts set forth in the foregoing Verified Complaint are true and correct to the best of my knowledge, information, and belief.

_____
Clarissa Thomas

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2014 a copy of the foregoing was mailed, United States Postal Service, prepaid to the party mentioned below.

**Heather S. Gelfuso, Counsel for District of Columbia Bar**
**Morgan, Lewis & Bocklus, LLP**
**1111 Pennsylvania Avenue, NW**
**Washington, DC 20004**

_____
Clarissa Thomas

4